**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| ANGELINA SHOWERS, an individual on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PELICAN INVESTMENT HOLDINGS GROUP, LLC, a Delaware limited liability company, d/b/a AAP and AUTO SERVICE DEPARTMENT; DIMENSION SERVICE CORPORATION, an Ohio corporation; SUNPATH, LTD, a Delaware corporation; and SING FOR SERVICE, LLC d/b/a MEPCO, an Illinois limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:23-cv-02864<br><br>Hon. Nancy J. Rosenstengel |

**<ins>MOTION FOR PRO HAC VICE ADMISSION</ins>**

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of SING FOR SERVICE, LLC d/b/a MEPCO, an Illinois limited liability company.

In support of this motion, I state:

1.      I am an attorney licensed to practice law and a member of good standing in the State of Michigan. The state and bar number issued to me is P84698.

2.      I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this Court.

2

Signed on: <u>December 18, 2024</u>
Date

<u>/s/ Justin A. Allen</u>
Signature of Movant

<u>333 Bridge Street, NW, Suite 1700</u>
Street Address

<u>Justin A. Allen</u>
Printed Name

<u>Grand Rapids, MI 49504</u>
City, State, Zip

2